[No. 8519–4–II.  Division Two.  October 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY RAY BRADLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–1–00139–1, Robert L. Charette, J., entered February 25, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.

[No. 8354–0–II.  Division Two.  October 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ENRIQUE GONZALES GUTIERREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–01569–3, J. Kelley Arnold, J., entered December 18, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7071–9–III.  Division Three.  October 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE H. MORENO, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 84–1–00181–2, Evan E. Sperline, J., entered March 27, 1985. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.